UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

CHRISTOPHER HANSEN,

Plaintiff,

MAJESTIC HOTEL SOUTH BEACH LLC,

Defendants.

_____/

## COMPLAINT

Plaintiff, CHRISTOPHER HANSEN, by his undersigned counsel, hereby files this
Complaint and sues, MAJESTIC HOTEL SOUTH BEACH LLC, for injunctive relief pursuant
to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A"), the
ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG"), and the Florida
Building Code.

1.      This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331,
and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. *et seq*., based upon Defendant's
violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

## VENUE

2.      Venue lies in this district pursuant to 28 U.S.C. § 1391(b) because, inter alia, the
property that is the subject of this action is situated within this district and the events giving rise
to the claims asserted herein occurred in this district.

## PARTIES

3.      Plaintiff, CHRISTOPHER HANSEN, is a lifelong resident of Florida and currently lives in Miami, and is *sui juris*. He is a qualified individual with disabilities under the ADA law. Christopher is a partial quadriplegic, as a result of a skim boarding accident in 2003. He is required to ambulate in a wheelchair. Mr. Hansen owns his own vehicle and does drive. Plaintiff uses a wheel chair to ambulate. Plaintiffs access to the premises described below (the "Property" or "Facility") through Defendant's reservation system contained on its website, and therefore his full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations offered at the Property, were restricted and limited because of Plaintiff s disability and will be restricted in the future unless and until Defendant is compelled to cure the ADA violations relating to the reservation system contained on its website. Plaintiff is aware of other violations that exist at the facility as it relates to the property itself. Plaintiff intends to visit Defendant's reservation system on its website for the Property soon to avail himself of the goods and services offered therein. Plaintiff plans to avail himself of the goods and services offered to the public at the property, and/or to determine whether the property has been made ADA compliant. His access to the facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the facility, including but not limited, to those set forth in the Complaint.

4.      Defendant, MAJESTIC HOTEL SOUTH BEACH LLC, transacts business in the State of Florida and within this judicial district. Defendant is the owner and operator of the Property, a motel located at 600 Ocean Dr. Miami Beach, Florida and the corresponding reservation system found on its website at http://www.majesticsouthbeach.com/

2

## CLAIM FOR INJUNCTIVE RELIEF

5.      On July 26, 1990, Congress enacted the ADA explaining that the purpose of the ADA was to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities and to provide clear, strong, consistent, enforceable standards addressing said discrimination, invoking the sweep of congressional authority in order to address the major areas of discrimination faced day-to-day by people with disabilities to ensure that the Federal government plays a central role in enforcing the standards set by the ADA. (42 U.S.C. § 12101(b)(l)-(4)).

6.      Pursuant to the mandates of 42 U.S.C. §12134(a), on September 15, 2010, the Department of Justice, Office of the Attorney General, published revised regulations for Title III. of the Americans With Disabilities Act of 1990 in the Federal Register to implement the requirements of the ADA. Public accommodations, including places of lodging, were required to conform to these regulations on or before March 15, 2012.

7.      On March 15, 2012, new regulations implementing Title III of the ADA took effect, imposing significant new obligations on inns, motels, hotels and other "places of lodging". 28 C.F.R. §36.302(e)(l) states:

   "(1) Reservations made by places of lodging. A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means, including by telephone, in-person, or through a third party
   (i) Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;
   (ii) Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;
   (iii) Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

(iv) Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and

(v) Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others."

8.      The Property is a place of public accommodation that owns and/or leases and operates a place of lodging pursuant to the ADA. The Defendant maintains a website for the Property which contains an online reservation system whereby potential patrons may reserve a hotel room. The reservation system is subject to the requirements of ADA, 28 C.F.R.§ 36.302(e).

9.      Plaintiff attempted to specifically identify and book a guaranteed reservation for an accessible room at the Property through Defendant's online reservation system but was unable to do so due to Defendant's failure to comply with the requirements set forth in paragraph 7, which precludes and/or limits Plaintiffs access to the Property and/or the goods, services, facilities, privileges, advantages and/or accommodations offered therein.

10.      Plaintiff is also an advocate of the rights of similarly situated disabled persons and, pursuant to *Houston v. Marod Supermarkets, Inc*., 733 F.3d 1323 (11th Cir. 2013), is a "tester" for the purpose of asserting his civil rights, monitoring, ensuring, and determining whether places of public accommodation, including places of lodging and their reservation systems, are in compliance with the ADA.

11.      Plaintiff intends to visit Defendant's online reservation system on the Property's website soon in order to test it for compliance with the mobility-related provisions of the ADA and/or to utilize the online reservation system to book a hotel room and utilize the goods, services, facilities, privileges, advantages and/or accommodations offered at the Property.

12.      Defendant has discriminated against Plaintiff by denying him access to and full

and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered at the Property due to the ADA violations contained in its online reservation system for the Property and Defendant will continue to discriminate against Plaintiff unless and until Defendant modifies its online reservation system and implements policies to do so, consistent with the ADA, to accommodate the disabled, thus making the Property accessible to Plaintiff.

13. The ADA violations for Defendant's online reservation system for the Property consist of the following:

a) A failure of any policy, practice, or procedure ensuring that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

b) A failure to identify and describe accessible and inaccessible features in the hotel and guest rooms offered through the reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether the hotel or specific guest rooms meets his or her accessibility needs;

c) A failure to ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

d) A failure to reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and

e) A failure to guarantee that the specific accessible guest room reserved through the reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others.

14.     Plaintiff is without an adequate remedy at law and is suffering irreparable harm and he reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendant is required to correct the ADA violations to its online reservation system and maintain the online reservation system and accompanying policies in a manner that is consistent with and compliant with the requirements of the ADA.

15.     Pursuant to 42 U.S.C. § 12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an Order compelling Defendant to implement policies, consistent with the ADA, to accommodate the disabled, by requiring Defendant to alter and maintain its online reservation system in accordance with the requirements set forth in paragraph 7 above.2

16.     Plaintiff has retained the undersigned counsel for the filing and prosecution of this action and is entitled to recover reasonable attorneys' fees, costs and expenses from Defendant, including litigation expenses and costs pursuant to 42 U.S.C. §12205.

17.     Mr. Hansen has reviewed this complaint and is aware and knowledgeable of the physical barriers to access, dangerous conditions and ADA violations that exist at the facility that restrict and/or limit his access to the facility and/or the goods, services, facilities, privileges, advantages and/or accommodations offered therein, including those barriers, conditions and ADA violations more specifically set forth in this Complaint.

18.     Mr. Hansen intends to visit the facility in order to utilize all of the goods, services, facilities, privileges, advantages, and/or accommodations commonly offered at the facility, but

will be unable to do so because of his disability due to the physical barriers to access, dangerous conditions and ADA violations that exist at the facility that restrict and/or limit his access to the facility and/or accommodations offered therein, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

19.     Defendant has discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations of the facility, as prohibited by 42 U.S.C., § 12182, *et. seq*., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendant is compelled to remove all physical barriers that exist at the facility, including those specifically set forth herein, and make the facility accessible to and usable by persons with disabilities, including Plaintiff.

20.     Defendant has discriminated against Mr. Hansen by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers, dangerous conditions and ADA violations which preclude and/or limit Plaintiff's ability (because of his disability) to access the facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations of the facility include:

      I.     DESCRIPTIONS AND PHOTOS OF GUEST ROOMS SUPPLIED ON HOTEL'S WEBSITE FAIL TO IDENTIFY AND DESCRIBE ACCESSIBLE FEATURES IN GUEST ROOMS. DESCRIPTIONS AND PHOTOS OF RESTROOMS IN GUEST ROOMS SUPPLIED ON HOTEL'S WEBSITE FAIL TO IDENTIFY AND DESCRIBE ACCESSIBLE FEATURES IN RESTROOMS OF GUEST ROOMS. DESCRIPTIONS AND PHOTOS OF HOTEL AMENITIES SUPPLIED ON HOTEL'S WEBSITE FAIL TO IDENTIFY AND DESCRIBE ACCESSIBLE FEATURES OF HOTEL AMENITIES. FAILURE OF HOTEL'S WEBSITE RESERVATION SYSTEM TO IDENTIFY AND DESCRIBE THE  ACCESSIBLE FEATURES IN GUESTROOMS, ITS RESTROOMS, AND HOTEL AMENITIES; LIMITS THE ABILITY OF INDIVIDUALS WITH DISABILITIES TO ASSESS INDEPENDENTLY WHETHER THE HOTEL, ITS GUEST ROOMS, AND ITS AMENITIES MEETS HIS

OR HER ACCESSIBILITY NEEDS. NON-COMPLIANT RESERVATION SYSTEM ON HOTEL'S WEBSITE DOES NOT PROVIDE EQUAL ACCESS FOR INDIVIDUALS WITH DISABILITIES TO MAKE RESERVATIONS FOR ACCESSIBLE GUEST ROOMS AS INDIVIDUALS WHO DO NOT NEED ACCESSIBLE GUEST ROOMS. NON-COMPLIANT RESERVATION SYSTEM ON HOTEL'S WEBSITE FAILS TO ENSURE ACCESSIBLE GUEST ROOMS ARE HELD FOR USE BY INDIVIDUALS WITH DISABILITIES UNTIL ALL OTHER GUEST ROOMS OF THAT TYPE HAVE BEEN RENTED AND THE ACCESSIBLE ROOM REQUESTED IS THE ONLY REMAINING ROOM OF THAT TYPE. NON-COMPLIANT RESERVATION SYSTEM ON HOTEL'S WEBSITE FAILS TO PROVIDE INDIVIDUALS WITH DISABILITIES THE OPPORTUNITY TO RESERVE ACCESSIBLE GUEST ROOMS AND ENSURE THAT THE GUEST ROOMS REQUESTED ARE BLOCKED AND REMOVED FROM ALL RESERVATION SYSTEMS. NON-COMPLIANT RESERVATION SYSTEM ON HOTEL'S WEBSITE FAILS TO GUARANTEE THAT THE SPECIFIC ACCESSIBLE GUEST ROOM RESERVED THROUGH ITS RESERVATIONS SERVICE IS HELD FOR THE RESERVING CUSTOMER, REGARDLESS OF WHETHER A SPECIFIC ROOM IS HELD IN RESPONSE TO RESERVATIONS MADE BY OTHERS.

  A. ADA, 28 C.F.R. Sec. 36.302(e)(1) (1) Reservations made by places of lodging. A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means, including by telephone, in-person, or through a third party; (i) Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms; (ii) Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs; (iii) Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type; (iv) Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and (v) Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others.

  II. INACCESSIBLE LIVING AREA IN OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT TRAVEL PATH WITHIN LIVING AREA OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. ADAAG 806 Transient Lodging Guest Rooms ADAAG 806.2.1 Living and Dining Areas.  Living and dining areas shall be accessible. ADAAG 403 Walking Surfaces ADAAG 403.1 General.  Walking surfaces that are a part of an accessible route shall comply with 403. ADAAG 403.5.1 Clear Width.  Except as provided in 403.5.2 and

403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.

III.     REQUIRED MINIMUM TURNING SPACE NOT PROVIDED IN LIVING AREA OF OCEAN FRONT DOUBLE GUEST ROOM.

a.     ADAAG 806 Transient Lodging Guest Rooms ADAAG 806.1 General. Transient lodging guest rooms shall comply with 806. Guest rooms required to provide mobility features shall comply with 806.2. Guest rooms required to provide communication features shall comply with 806.3. ADAAG 806.2 Guest Rooms with Mobility Features. Guest rooms required to provide mobility features shall comply with 806.2.  ADAAG 806.2.6 Turning Space.  Turning space complying with 304 shall be provided within the guest room. ADAAG 603.2.1 Turning Space.  Turning space complying with 304 shall be provided within the room. ADAAG 304.3.1 Circular Space.  The turning space shall be a space of 60 inches (1525 mm) diameter minimum.  The space shall be permitted to include knee and toe clearance complying with 306 ADAAG 304.3.2 T-Shaped Space.  The turning space shall be a T-shaped space within a 60 inch (1525 mm) square minimum with arms and base 36 inches (915 mm) wide minimum.  Each arm of the T shall be clear of obstructions 12 inches (305 mm) minimum in each direction and the base shall be clear of obstructions 24 inches (610 mm) minimum.  The space shall be permitted to include knee and toe clearance complying with 306 only at the end of either the base or one arm.

IV.     INACCESSIBLE WINDOWS IN OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. INACCESSIBLE WINDOW LOCKS OF WINDOWS IN OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF WINDOW LOCKS OF WINDOWS IN OCEAN FRONT DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.     ADAAG 229 Windows ADAAG 229.1 General.  Where glazed openings are provided in accessible rooms or spaces for operation by occupants, at least one opening shall comply with 309.  Each glazed opening required by an administrative authority to be operable shall comply with 309. ADAAG 309 Operable Parts ADAAG 309.1 General.  Operable parts shall comply with 309. ADAAG 309.3 Height.  Operable parts shall be placed within one or more of the reach ranges specified in 308. ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.  Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1220 mm) maximum and the low forward reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches (1220 mm) maximum where the reach depth is 20 inches (510 mm) maximum.  Where the reach depth exceeds 20 inches (510 mm), the high forward

9

reach shall be 44 inches (1120 mm) maximum and the reach depth shall be 25 inches (635 mm) maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches (1220 mm) maximum and the low side reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches (865 mm) maximum and the depth of the obstruction shall be 24 inches (610 mm) maximum.  The high side reach shall be 48 inches (1220 mm) maximum for a reach depth of 10 inches (255 mm) maximum.  Where the reach depth exceeds 10 inches (255 mm), the high side reach shall be 46 inches (1170 mm) maximum for a reach depth of 24 inches (610 mm) maximum.

V.       NON-COMPLIANT DOOR LOCKS OF WINDOWS AT OCEAN FRONT DOUBLE GUEST ROOM, AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM, REQUIRE TWISTING OF THE WRIST.

    a.   ADAAG 229 Windows ADAAG 229.1 General.  Where glazed openings are provided in accessible rooms or spaces for operation by occupants, at least one opening shall comply with 309.  Each glazed opening required by an administrative authority to be operable shall comply with 309. ADAAG 309 Operable Parts ADAAG 309.1 General.  Operable parts shall comply with 309. ADAAG 309.4 Operation.  Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist.  The force required to activate operable parts shall be 5 pounds (22.2 N) maximum.

VI.      INACCESSIBLE TELEVISION IN OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT MOUNTED HEIGHT OF TELEVISION AND ITS OPERABLE PARTS IN OCEAN FRONT DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    a.   ADAAG 309 Operable Parts ADAAG 309.1 General.  Operable parts shall comply with 309. ADAAG 309.3 Height.  Operable parts shall be placed within one or more of the reach ranges specified in 308. ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed. Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1220 mm) maximum and the low forward reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches (1220 mm) maximum where the reach depth is 20 inches (510 mm) maximum. Where the reach depth exceeds 20 inches (510 mm), the high forward reach shall be 44 inches (1120 mm) maximum and the reach depth shall be 25 inches (635 mm) maximum. ADAAG 308.3 Side Reach.

ADAAG 308.3.1 Unobstructed.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches (1220 mm) maximum and the low side reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches (865 mm) maximum and the depth of the obstruction shall be 24 inches (610 mm) maximum.  The high side reach shall be 48 inches (1220 mm) maximum for a reach depth of 10 inches (255 mm) maximum.  Where the reach depth exceeds 10 inches (255 mm), the high side reach shall be 46 inches (1170 mm) maximum for a reach depth of 24 inches (610 mm) maximum.

VII.    NON-COMPLIANT SHOWER SPRAY UNIT IN SHOWER COMPARTMENT IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED SHOWER SPRAY UNIT WITH HOSE NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a.  ADAAG 608 Shower Compartments ADAAG 608.1 General.  Shower compartments shall comply with 608. ADAAG 608.6 Shower Spray Unit and Water.  A shower spray unit with a hose 59 inches (1500 mm) long minimum that can be used both as a fixed-position shower head and as a hand-held shower shall be provided.  The shower spray unit shall have an on/off control with a non-positive shut-off.  If an adjustable-height shower head on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.  Shower spray units shall deliver water that is 120°F (49°C) maximum.

VIII.    INACCESSIBLE SHOWER FIXTURE IN SHOWER COMPARTMENT OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.. NON-COMPLIANT HEIGHT OF SHOWER FIXTURE IN SHOWER COMPARTMENT OF OCEAN FRONT DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.  ADAAG 608.5.1 Transfer Type Shower Compartments.  In transfer type shower compartments, the controls, faucets, and shower spray unit shall be installed on the side wall opposite the seat 38 inches (965 mm) minimum and 48 inches (1220 mm) maximum above the shower floor and shall be located on the control wall 15 inches (380 mm) maximum from the centerline of the seat toward the shower opening. ADAAG 608.5.2 Standard Roll-In Type Shower Compartments.  In standard roll-in type shower compartments, the controls, faucets, and shower spray unit shall be located above the grab bar, but no higher than 48 inches (1220 mm) above the shower floor.  Where a seat is provided, the controls, faucets, and shower spray unit shall be installed

on the back wall adjacent to the seat wall and shall be located 27 inches (685 mm) maximum from the seat wall.

IX.  INACCESSIBLE LAVATORY IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEAR FLOOR SPACE NOT PROVIDED AT LAVATORY IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a.  ADAAG 606 Lavatories and Sinks ADAAG 606.2 Clear Floor Space. A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided. ADAAG 305.3 Size. The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

X.  REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT LAVATORY IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a.  ADAAG 606 Lavatories and Sinks ADAAG 606.2 Clear Floor Space. A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided. ADAAG 306.2 Toe Clearance. ADAAG 306.2.3 Minimum Required Depth. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element. ADAAG 306.2.5 Width. Toe clearance shall be 30 inches (760 mm) wide minimum. ADAAG 306.3 Knee Clearance. ADAAG 306.3.3 Minimum Required Depth. Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground. ADAAG 306.3.5 Width. Knee clearance shall be 30 inches (760 mm) wide minimum.

XI.  INACCESSIBLE MIRROR LOCATED ABOVE LAVATORY IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON COMPLIANT HEIGHT OF MIRROR IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.  ADAAG 603.3 Mirrors. Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground. Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

XII.  INACCESSIBLE WATER CLOSET IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT

WATER CLOSET IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. ADAAG 604 Water Closets and Toilet Compartments ADAAG 604.3 Clearance.  Clearances around water closets and in toilet compartments shall comply with 604.3. ADAAG 604.3.1 Size. Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

    XIII.   REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN RESTROOM OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. ADAAG 604.5 Grab Bars.  Grab bars for water closets shall comply with 609.  Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

    XIV.   INACCESSIBLE SAFE LOCATED IN CLOSET OF OCEAN FRONT DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF SAFE STORED ON SHELF IN CLOSET OF OCEAN FRONT DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    a. ADAAG 806 Transient Lodging Guest Rooms ADAAG 806.1 General.  Transient lodging guest rooms shall comply with 806.  Guest rooms required to provide mobility features shall comply with 806.2. Guest rooms required to provide communication features shall comply with 806.3. ADAAG 806.2 Guest Rooms with Mobility Features. Guest rooms required to provide mobility features shall comply with 806.2. ADAAG Advisory 806.2 Guest Rooms.  The requirements in Section 806.2 do not include requirements that are common to all accessible spaces. For example, closets in guest rooms must comply with the applicable provisions for storage specified in scoping. ADAAG 225 Storage  ADAAG Advisory 225.2 Storage.  Types of storage include, but are not limited to, closets, cabinets, shelves, clothes rods, hooks, and drawers.  Where provided, at least one of each type of storage must be within the reach ranges specified in 308; however, it is permissible to install additional storage outside the reach ranges. ADAAG 811 Storage ADAAG 811.3 Height.  Storage elements shall comply with at least one of the reach ranges specified in 308. DAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed. Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20

inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum.  The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

XV.     INACCESSIBLE TELEVISION IN OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT MOUNTED HEIGHT OF TELEVISION AND ITS OPERABLE PARTS IN OCEAN FRONT KING GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.  ADAAG 309 Operable Parts ADAAG 309.1 General.  Operable parts shall comply with 309. ADAAG 309.3 Height.  Operable parts shall be placed within one or more of the reach ranges specified in 308. ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed. Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1220 mm) maximum and the low forward reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches (1220 mm) maximum where the reach depth is 20 inches (510 mm) maximum. Where the reach depth exceeds 20 inches (510 mm), the high forward reach shall be 44 inches (1120 mm) maximum and the reach depth shall be 25 inches (635 mm) maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches (1220 mm) maximum and the low side reach shall be 15 inches (380 mm) minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches (865 mm) maximum and the depth of the obstruction shall be 24 inches (610 mm) maximum.  The high side reach shall be 48 inches (1220 mm) maximum for a reach depth of 10 inches (255 mm) maximum.  Where the reach depth exceeds 10 inches (255 mm), the high side reach shall

be 46 inches (1170 mm) maximum for a reach depth of 24 inches (610 mm) maximum.

XVI.   NON-COMPLIANT SHOWER SPRAY UNIT IN SHOWER COMPARTMENT IN RESTROOM OF OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED SHOWER SPRAY UNIT WITH HOSE NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

      a.   ADAAG 608 Shower Compartments ADAAG 608.1 General. Shower compartments shall comply with 608. ADAAG 608.6 Shower Spray Unit and Water.  A shower spray unit with a hose 59 inches (1500 mm) long minimum that can be used both as a fixed-position shower head and as a hand-held shower shall be provided.  The shower spray unit shall have an on/off control with a non-positive shut-off.  If an adjustable-height shower head on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.  Shower spray units shall deliver water that is 120°F (49°C) maximum.

XVII.   INACCESSIBLE SHOWER FIXTURE IN SHOWER COMPARTMENT OF OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF SHOWER FIXTURE IN SHOWER COMPARTMENT OF OCEAN FRONT KING GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

      a.   ADAAG 608.5.1 Transfer Type Shower Compartments.  In transfer type shower compartments, the controls, faucets, and shower spray unit shall be installed on the side wall opposite the seat 38 inches (965 mm) minimum and 48 inches (1220 mm) maximum above the shower floor and shall be located on the control wall 15 inches (380 mm) maximum from the centerline of the seat toward the shower opening.   ADAAG 608.5.2 Standard Roll-In Type Shower Compartments.  In standard roll-in type shower compartments, the controls, faucets, and shower spray unit shall be located above the grab bar, but no higher than 48 inches (1220 mm) above the shower floor.  Where a seat is provided, the controls, faucets, and shower spray unit shall be installed on the back wall adjacent to the seat wall and shall be located 27 inches (685 mm) maximum from the seat wall.

XVIII. INACCESSIBLE MIRROR LOCATED ABOVE LAVATORY IN RESTROOM OF OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON COMPLIANT HEIGHT OF MIRROR IN RESTROOM OF OCEAN FRONT KING GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

      a.   ADAAG 603.3 Mirrors.  Mirrors located above lavatories or countertops shall be installed with the bottom edge of the

reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.  Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

XIX.   INACCESSIBLE SAFE LOCATED IN CLOSET OF OCEAN FRONT KING GUEST ROOM AS DISPLAYED IN PHOTOS ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF SAFE STORED ON SHELF IN CLOSET OF OCEAN FRONT KING GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.  ADAAG 806 Transient Lodging Guest Rooms ADAAG 806.1 General.  Transient lodging guest rooms shall comply with 806.  Guest rooms required to provide mobility features shall comply with 806.2.  Guest rooms required to provide communication features shall comply with 806.3. ADAAG 806.2 Guest Rooms with Mobility Features.  Guest rooms required to provide mobility features shall comply with 806.2. ADAAG Advisory 806.2 Guest Rooms.  The requirements in Section 806.2 do not include requirements that are common to all accessible spaces. For example, closets in guest rooms must comply with the applicable provisions for storage specified in scoping. ADAAG 225 Storage  ADAAG Advisory 225.2 Storage.  Types of storage include, but are not limited to, closets, cabinets, shelves, clothes rods, hooks, and drawers. Where provided, at least one of each type of storage must be within the reach ranges specified in 308; however, it is permissible to install additional storage outside the reach ranges. ADAAG 811 Storage ADAAG 811.3 Height.  Storage elements shall comply with at least one of the reach ranges specified in 308. DAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.  Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed. Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be 15 inches minimum above the finish floor or ground.

16

ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum.  The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

XX.    INACCESSIBLE RESTROOM IN PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM TURNING SPACE NOT PROVIDED IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a.    ADAAG 806.2.4 Toilet and Bathing Facilities.  At least one bathroom that is provided as part of a guest room shall comply with 603.  No fewer than one water closet, one lavatory, and one bathtub or shower shall comply with applicable requirements of 603 through 610.  In addition, required roll-in shower compartments shall comply with 608.2.2 or 608.2.3.  Toilet and bathing fixtures required to comply with 603 through 610 shall be permitted to be located in more than one toilet or bathing area, provided that travel between fixtures does not require travel between other parts of the guest room. ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.  Toilet and bathing rooms shall comply with 603. ADAAG 603.2 Clearances. Clearances shall comply with 603.2. ADAAG 603.2.1 Turning Space.  Turning space complying with 304 shall be provided within the room. ADAAG 304.3.1 Circular Space. The turning space shall be a space of 60 inches (1525 mm) diameter minimum.  The space shall be permitted to include knee and toe clearance complying with 306.

XXI.   INACCESSIBLE SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED ADJACENT TO SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a.    ADAAG 608 Shower Compartments ADAAG 608.1 General. Shower compartments shall comply with 608.    ADAAG 608.2 Size and Clearances for Shower Compartments.  Shower compartments shall have sizes and clearances complying with 608.2. ADAAG 608.2.2.1 Clearance.  A 30 inch (760 mm)

wide minimum by 60 inch (1525 mm) long minimum clearance shall be provided adjacent to the open face of the shower compartment.

XXII.   REQUIRED SEAT NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

   a.   ADAAG 608.4 Seats.  A folding or non-folding seat shall be provided in transfer type shower compartments.  A folding seat shall be provided in roll-in type showers required in transient lodging guest rooms with mobility features complying with 806.2.  Seats shall comply with 610.

XXIII. REQUIRED GRAB BARS NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

   a.   ADAAG 608.3 Grab Bars.  Grab bars shall comply with 609 and shall be provided in accordance with 608.3.  Where multiple grab bars are used, required horizontal grab bars shall be installed at the same height above the finish floor. ADAAG 608.3.1 Transfer Type Shower Compartments.  In transfer type compartments, grab bars shall be provided across the control wall and back wall to a point 18 inches (455 mm) from the control wall.     ADAAG 608.3.2 Standard Roll-In Type Shower Compartments.  Where a seat is provided in standard rollin type shower compartments, grab bars shall be provided on the back wall and the side wall opposite the seat.  Grab bars shall not be provided above the seat.  Where a seat is not provided in standard roll-in type shower compartments, grab bars shall be provided on three walls.  Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls. ADAAG 608.3.3 Alternate Roll-In Type Shower Compartments.  In alternate roll-in type shower compartments, grab bars shall be provided on the back wall and the side wall farthest from the compartment entry.  Grab bars shall not be provided above the seat. Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls.

XXIV. INACCESSIBLE RECESSED WALL SHELF IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF RECESSED WALL SHELF IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

   a.   ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General. Toilet and bathing rooms shall comply with 603. ADAAG 603.4 Coat Hooks and Shelves.  Coat hooks shall be located within one of the

reach ranges specified in 308.  Shelves shall be located 40 inches minimum and 48 inches maximum above the finish floor.

XXV.  INACCESSIBLE WATER CLOSET IN RESTROOM AT PARTIAL OCEAN VIEW DOUBLE ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN RESTROOM AT PARTIAL OCEAN VIEW DOUBLE ROOM.

    a.  ADAAG 604 Water Closets and Toilet Compartments ADAAG 604.3 Clearance.  Clearances around water closets and in toilet compartments shall comply with 604.3. ADAAG 604.3.1 Size. Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

XXVI. REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN RESTROOM OF PARTIAL OCEAN VIEW DOUBLE ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a.  ADAAG 604.5 Grab Bars.  Grab bars for water closets shall comply with 609.  Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

XXVII.  INACCESSIBLE SAFE LOCATED IN CLOSET OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF SAFE STORED ON SHELF IN CLOSET OF PARTIAL OCEAN VIEW DOUBLE GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    a.  ADAAG 806 Transient Lodging Guest Rooms ADAAG 806.1 General.  Transient lodging guest rooms shall comply with 806.  Guest rooms required to provide mobility features shall comply with 806.2. Guest rooms required to provide communication features shall comply with 806.3. ADAAG 806.2 Guest Rooms with Mobility Features. Guest rooms required to provide mobility features shall comply with 806.2.  ADAAG Advisory 806.2 Guest Rooms.  The requirements in Section 806.2 do not include requirements that are common to all accessible spaces. For example, closets in guest rooms must comply with the applicable provisions for storage specified in scoping. ADAAG 225 Storage  ADAAG Advisory 225.2 Storage.  Types of storage include, but are not limited to, closets, cabinets, shelves, clothes rods, hooks, and drawers.  Where provided, at least one of each type of storage must be within the reach ranges specified in 308; however, it is permissible to install additional storage outside the reach ranges. ADAAG 811 Storage ADAAG 811.3 Height.  Storage elements shall comply with at least one of the reach ranges specified in 308. DAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed. Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.2.2

Obstructed High Reach.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach.  Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum.  The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

XXVIII.        INACCESSIBLE RESTROOM IN PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM TURNING SPACE NOT PROVIDED IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a. ADAAG 806.2.4 Toilet and Bathing Facilities.  At least one bathroom that is provided as part of a guest room shall comply with 603.  No fewer than one water closet, one lavatory, and one bathtub or shower shall comply with applicable requirements of 603 through 610.  In addition, required roll-in shower compartments shall comply with 608.2.2 or 608.2.3. Toilet and bathing fixtures required to comply with 603 through 610 shall be permitted to be located in more than one toilet or bathing area, provided that travel between fixtures does not require travel between other parts of the guest room. ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.  Toilet and bathing rooms shall comply with 603. ADAAG 603.2 Clearances.  Clearances shall comply with 603.2. ADAAG 603.2.1 Turning Space.  Turning space complying with 304 shall be provided within the room. ADAAG 304.3.1 Circular Space.  The turning space shall be a space of 60 inches (1525 mm) diameter minimum.  The space shall be permitted to include knee and toe clearance complying with 306.

XXIV. INACCESSIBLE SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEARANCE

NOT PROVIDED ADJACENT TO SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. ADAAG 608.2.2.1 Clearance.  A 30 inch (760 mm) wide minimum by 60 inch (1525 mm) long minimum clearance shall be provided adjacent to the open face of the shower compartment.

XXV. REQUIRED SEAT NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. ADAAG 608.4 Seats.  A folding or non-folding seat shall be provided in transfer type shower compartments.  A folding seat shall be provided in roll-in type showers required in transient lodging guest rooms with mobility features complying with 806.2.  Seats shall comply with 610.

XXVI. REQUIRED GRAB BARS NOT PROVIDED IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

    a. 608.3 Grab Bars.  Grab bars shall comply with 609 and shall be provided in accordance with 608.3.  Where multiple grab bars are used, required horizontal grab bars shall be installed at the same height above the finish floor. ADAAG 608.3.1 Transfer Type Shower Compartments.  In transfer type compartments, grab bars shall be provided across the control wall and back wall to a point 18 inches (455 mm) from the control wall. ADAAG 608.3.2 Standard Roll-In Type Shower Compartments.  Where a seat is provided in standard rollin type shower compartments, grab bars shall be provided on the back wall and the side wall opposite the seat.  Grab bars shall not be provided above the seat.  Where a seat is not provided in standard roll-in type shower compartments, grab bars shall be provided on three walls.  Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls. ADAAG 608.3.3 Alternate Roll-In Type Shower Compartments.  In alternate roll-in type shower compartments, grab bars shall be provided on the back wall and the side wall farthest from the compartment entry.  Grab bars shall not be provided above the seat. Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls.

XXVII. INACCESSIBLE RECESSED WALL SHELF IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF RECESSED WALL SHELF IN SHOWER COMPARTMENT IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a. ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.  Toilet and bathing rooms shall comply with 603. ADAAG 603.4 Coat Hooks and Shelves.  Coat hooks shall be located within one of the reach ranges specified in 308. Shelves shall be located 40 inches minimum and 48 inches maximum above the finish floor.

XXVIII.     INACCESSIBLE WATER CLOSET IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN GUEST ROOM.

a. ADAAG 604 Water Closets and Toilet Compartments ADAAG 604.3 Clearance.  Clearances around water closets and in toilet compartments shall comply with 604.3. ADAAG 604.3.1 Size.  Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

XXIX. REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN RESTROOM OF PARTIAL OCEAN VIEW QUEEN ROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a. ADAAG 604.5 Grab Bars.  Grab bars for water closets shall comply with 609.  Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

XXX.  INACCESSIBLE SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERATION SYSTEM. NON-COMPLIANT HEIGHT OF EXISTING THRESHOLD AT SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM ACTS AS A BARRIER TO ACCESSIBILITY.

a. ADAAG 608.7 Thresholds.  Thresholds in roll-in type shower compartments shall be ½ inch (13 mm) high maximum in accordance with 303.  In transfer type shower compartments, thresholds ½ inch (13 mm) high maximum shall be beveled, rounded, or vertical.

XXXI. REQUIRED MINIMUM CLEARANCE NOT PROVIDED ADJACENT TO SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a. ADAAG 608.2.2.1 Clearance.  A 30 inch (760 mm) wide minimum by 60 inch (1525 mm) long minimum clearance shall be provided adjacent to the open face of the shower compartment.

XXXII.     NON-COMPLIANT SHOWER SPRAY UNIT IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. REQUIRED SHOWER

SPRAY UNIT WITH HOSE NOT PROVIDED IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM.

  a. ADAAG 608 Shower Compartments ADAAG 608.1 General. Shower compartments shall comply with 608. ADAAG 608.6 Shower Spray Unit and Water.  A shower spray unit with a hose 59 inches (1500 mm) long minimum that can be used both as a fixed-position shower head and as a hand-held shower shall be provided.  The shower spray unit shall have an on/off control with a non-positive shut-off.  If an adjustable-height shower head on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.  Shower spray units shall deliver water that is 120°F (49°C) maximum.

 XXXIII. INACCESSIBLE SHOWER FIXTURE IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF SHOWER FIXTURE IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

  a. ADAAG 608.5.1 Transfer Type Shower Compartments.  In transfer type shower compartments, the controls, faucets, and shower spray unit shall be installed on the side wall opposite the seat 38 inches (965 mm) minimum and 48 inches (1220 mm) maximum above the shower floor and shall be located on the control wall 15 inches (380 mm) maximum from the centerline of the seat toward the shower opening.   ADAAG 608.5.2 Standard Roll-In Type Shower Compartments.  In standard roll-in type shower compartments, the controls, faucets, and shower spray unit shall be located above the grab bar, but no higher than 48 inches (1220 mm) above the shower floor.  Where a seat is provided, the controls, faucets, and shower spray unit shall be installed on the back wall adjacent to the seat wall and shall be located 27 inches (685 mm) maximum from the seat wall.

 XXXIV. REQUIRED SEAT NOT PROVIDED IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

  a. ADAAG 608.4 Seats.  A folding or non-folding seat shall be provided in transfer type shower compartments.  A folding seat shall be provided in roll-in type showers required in transient lodging guest rooms with mobility features complying with 806.2.  Seats shall comply with 610.

 XXXV. REQUIRED GRAB BARS NOT PROVIDED IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

  a. 608.3 Grab Bars.  Grab bars shall comply with 609 and shall be provided in accordance with 608.3.  Where multiple grab bars are used, required horizontal grab bars shall be installed at the

same height above the finish floor. ADAAG 608.3.1 Transfer Type Shower Compartments.  In transfer type compartments, grab bars shall be provided across the control wall and back wall to a point 18 inches (455 mm) from the control wall. ADAAG 608.3.2 Standard Roll-In Type Shower Compartments.  Where a seat is provided in standard rollin type shower compartments, grab bars shall be provided on the back wall and the side wall opposite the seat.  Grab bars shall not be provided above the seat.  Where a seat is not provided in standard roll-in type shower compartments, grab bars shall be provided on three walls.  Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls. ADAAG 608.3.3 Alternate Roll-In Type Shower Compartments.  In alternate roll-in type shower compartments, grab bars shall be provided on the back wall and the side wall farthest from the compartment entry.  Grab bars shall not be provided above the seat. Grab bars shall be installed 6 inches (150 mm) maximum from adjacent walls.

XXXVI.      INACCESSIBLE RECESSED WALL SHELF IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM OF AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON-COMPLIANT HEIGHT OF RECESSED WALL SHELF IN SHOWER COMPARTMENT IN UNIDENTIFIED RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a.  ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.  Toilet and bathing rooms shall comply with 603. ADAAG 603.4 Coat Hooks and Shelves.  Coat hooks shall be located within one of the reach ranges specified in 308. Shelves shall be located 40 inches minimum and 48 inches maximum above the finish floor.

XXXVII.     INACCESSIBLE LAVATORY IN UNIDENTIFIED RESTROOM. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT LAVATORY IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM.

a.  ADAAG 606 Lavatories and Sinks ADAAG 606.2 Clear Floor Space.  A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided. ADAAG 306.2 Toe Clearance. ADAAG 306.2.3 Minimum Required Depth.  Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element. ADAAG 306.2.5 Width.  Toe clearance shall be 30 inches (760 mm) wide minimum. ADAAG 306.3 Knee Clearance. ADAAG 306.3.3 Minimum Required Depth.  Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and

8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground. ADAAG 306.3.5 Width.  Knee clearance shall be 30 inches (760 mm) wide minimum.

XXXVIII.      INSULATION OF PIPES AND WATER LINES UNDER THE LAVATORY IN UNIDENTIFIED RESTROOM NOT PROVIDED AS REQUIRED.

    a.  ADAAG 606.5 Exposed Pipes and Surfaces.  Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact.  There shall be no sharp or abrasive surfaces under lavatories and sinks.

XXXIX.      INACCESSIBLE MIRROR LOCATED ABOVE LAVATORY IN UNIDENTIFIED RESTROOM AS DISPLAYED IN PHOTOS SUPPLIED ON HOTEL'S WEBSITE RESERVATION SYSTEM. NON COMPLIANT HEIGHT OF MIRROR IN UNIDENTIFIED RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    a.  ADAAG 603.3 Mirrors.  Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.  Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

21.     The above listing is not to be considered all-inclusive of the barriers, conditions or violations encountered by Plaintiff and/or which exist at the facility. Plaintiff requires an inspection of the facility in order to determine all of the discriminatory acts violating the ADA.

22.     Mr. Hansen  because of his disability has been denied access to, and has been denied the benefits of services, programs, and activities of the facility, and has otherwise been discriminated against and damaged by Defendant, because of the physical barriers, dangerous conditions and ADA violations set forth above, and expects to be discriminated against in the future, unless and until Defendant is compelled to remove the unlawful barriers and conditions and comply with the ADA.

23.     The removal of the physical barriers, dangerous conditions and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

24.     Plaintiff is without adequate remedy at law and is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendant is required to remove the physical barriers, dangerous conditions and ADA violations that exist at the facility, including those set forth herein.

25.     The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

26.     Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the subject facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the subject facility until the requisite modifications are completed.

**WHEREFORE,**  Plaintiff, Christopher Hansen, respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendant to implement policies, consistent with the ADA, to accommodate the disabled, through requiring Defendant to alter and maintain the online reservation system for the Property in accordance with the requirements set forth in paragraph 7 above and ordering Defendants  to remove the physical barriers to access and alter the subject facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, closing the subject facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Respectfully submitted,

*s/ Lauren Wassenberg*

LAUREN WASSENBERG, ESQ.
*Attorney for Plaintiff*
Florida Bar No. 34083
1825 NW Corporate Drive
Suite 110
Boca Raton, Florida 33431
Ph: (561) 571-0646